| | |
|---|---|
| **From:** | Kristjan Piilmann[kpiilmann@novalpina.pe] |
| **Sent:** | Thur 08/10/2020 1:54:49 PM (UTC) |
| **To:** | Stefan Kowski |
| **Subject:** | RE: Maximus KYC |

Incorporating latest question from DB, would structure as follows:

1. Current ownership chart
2. UBO passports
3. Narrative:
    a. When did current owners buy the company?
    b. What was source of funds?
4. References to Control Risks report i.e. no issues identified other than potentially around Spektor historical relationship
5. Roedl on Spektor – no issues
6. Conclusion that there are no issues progressing with the transaction

---

**From:** Kristjan Piilmann
**Sent:** 08 October 2020 14:46
**To:** Stefan Kowski <skowski@novalpina.pe>
**Subject:** Maximus KYC

Stefan,

Loyens, AIFM and all the lenders in the mix atm have various degrees of questions on sellers. Think we need a KYC wrapper from Weil that brings together:
1. Control Risks report
2. Roedl on Spektor
3. Conclusion that there are no issues progressing with the transaction

Thoughts?

Thank you, Kristjan

++++++
Kristjan Piilmann
+447776664092

EXH B-19