Agree, the report now reads much better. Let's have a call first thing tomorrow morning.

Best regards,
Manuel

---

**From:** Kristjan Piilmann <kpiilmann@novalpina.pe>
**Sent:** Montag, 7. September 2020 18:04
**To:** Schmidt, Gerhard <gerhard.schmidt@weil.com>; Geerling, Tobias <tobias.geerling@weil.com>; Fringer, Manuel-Peter <Manuel-Peter.Fringer@weil.com>
**Cc:** Stefan Kowski <skowski@novalpina.pe>
**Subject:** FW: Maximus - Control Risks report / CLIENT PRIVILEGE

Hi,

Think this is a much more factual report. Can we have a quick call tonight 6 to 7 UK or tomorrow am to discuss? Should decide if can be cleaned up further or need to go full steam with Roedl.

Couple of comments:
-/ couple of unnecessary mentions of Mirilashvili:
*"Israeli corporate records list a Rafaeli Rafael, personal ID 001157106, who has 12.5% in Roofing Company, Beit Hadar Ltd. (company number 510305873; it is indeed a roofing company in Tel Aviv). We found no connection between this company and any other Beneficial Owners of this report (or Mirilashvili), "*
-/ p.1 targets pls fix target entities sentence and include mention of Malta
-/ would include more facts e.g. ownership chart, passport copies (or at least mention that each UBO's passport has been reviewed)

Thank you, Kristjan

---

**From:** Ramon Ghosh <Ramon.Ghosh@controlrisks.com>
**Sent:** 07 September 2020 15:39
**To:** Fringer, Manuel-Peter <Manuel-Peter.Fringer@weil.com>
**Cc:** Stefan Kowski <skowski@novalpina.pe>; Kristjan Piilmann <kpiilmann@novalpina.pe>; Alexey Eremenko <Alexey.Eremenko@Controlrisks.com>; Nikolaos Tsoumanis <Nikolaos.Tsoumanis@controlrisks.com>; Geerling, Tobias <tobias.geerling@weil.com>; Hoppe, Konstantin <Konstantin.Hoppe@weil.com>
**Subject:** RE: Call w/ Stefan Kowski

Dear Manuel,

Please find attached an amended copy of the report, as requested.

Best,

Ramon

EXH B-21