UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of TREO NOAL GP S.A.R.L., <br><br> Applicant, <br><br> -v- <br><br> For an Order to Obtain Discovery for Use in Foreign Proceedings from Weil Gotshal & Manges LLP Pursuant to 28 U.S.C. § 1782, | CIVIL ACTION NO.: 25 Misc. 133 (GHW) (SLC) <br><br> **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court, having reviewed Petitioner's application pursuant to § 1782 (ECF Nos. 1– 2, the "Application"), has noticed that the Application is missing the exhibits referenced in the Declaration of Karl Koenen (ECF No. 2-38). Therefore, Petitioner is ORDERED to file the exhibits referenced in, but not attached to, ECF No. 2-38, by **Friday, July 11, 2025**.

Dated:   New York, New York
         July 8, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**