```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
:
IN RE: APPLICATION OF TREO NOAL GP        :
S.À R.L. FOR AN ORDER TO OBTAIN            :       1:25-mc-133-GHW
DISCOVERY FOR USE IN FOREIGN               :
PROCEEDINGS FROM WEIL, GOTSHAL &           :       ORDER
MANGES LLP PURSUANT TO 28 U.S.C. § 1782   :
:
:
:
:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On March 26, 2025, Petitioner TREO NOAL GP S.à r.l. ("Petitioner") filed an *ex parte* application for an order pursuant to 28 U.S.C. § 1782 permitting service of a subpoena on a law firm, Weil, Gotshal & Manges LLP ("Weil"), to obtain discovery for use in a civil proceeding in Luxembourg. Dkt. No. 1 (the "Application"). On July 23, 2025, Magistrate Judge Sarah L. Cave issued a report and recommendation in this matter. Dkt. No. 17 (the "R&R"). On August 6, 2025, Petitioner submitted objections to the R&R. Dkt. No. 17 (the "Objections").

Petitioner is directed to serve the Application, the R&R, the Objections, and a copy of this order on Weil by August 13, 2025. Additionally, any response by Weil to the Objections are due no later than August 28, 2025.

SO ORDERED.

Dated: August 7, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge