STONE HILTON

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _9/4/2025_

**MEMORANDUM ENDORSED**

September 3, 2025

***Submitted via ECF***

Hon. Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:  *In re: Application of TREO NOAL GP S.A R.L,*
       No.  1:25-mc-00133-GHW-SLC

Dear Judge Woods:

  Our Firm represents Petitioner TREO NOAL GP S.à r.l. ("TREO") in connection with its Application for an order to obtain discovery from Weil, Gotschal & Manges LLP ("Weil") pursuant to 28 U.S.C. § 1782. I write respectfully to request leave to file a Reply in response to Weil's Response in support of Magistrate Judge's Report and Recommendation Denying Section 1782 Application (the "Response," ECF No. 22) by Tuesday, September 16, 2025. Weil takes no position on this request.

  TREO makes this request in light of the declarations Weil submitted in support of its Response. Those declarations—especially that of Britta Grauke—include numerous factual allegations concerning the nature, scope, and status of the document dispute between TREO and Weil that were not part of the record before the magistrate judge.  Accordingly, we respectfully request that TREO have an opportunity to address these assertions in a reply brief.

Application granted.  Petitioner's reply is due no later than September 16, 2025.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 26.

SO ORDERED.

Dated:  September 4, 2025
New York, New York

GREGORY H. WOODS
United States District Judge

Respectfully Submitted,

*/s/ Christopher D. Hilton*
Christopher D. Hilton
**STONE | HILTON PLLC**
chris@stonehilton.com
737.465.3897

  cc: Counsel of Record via ECF

