```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                               :

IN RE: APPLICATION OF TREO NOAL GP   :
S.À R.L. FOR AN ORDER TO OBTAIN         :      1:25-mc-133-GHW
DISCOVERY FOR USE IN FOREIGN         :
PROCEEDINGS FROM WEIL, GOTSHAL &  :      ORDER
MANGES LLP PURSUANT TO 28 U.S.C. § 1782 :

------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

      On March 26, 2025, Petitioner TREO NOAL GP S.à r.l. ("Petitioner") filed an *ex parte* application for an order pursuant to 28 U.S.C. § 1782 permitting service of a subpoena on a law firm, Weil, Gotshal & Manges LLP ("Weil"), to obtain discovery for use in a civil proceeding in Luxembourg. Dkt. No. 1 (the "Application"). On July 23, 2025, Magistrate Judge Sarah L. Cave issued a report and recommendation in this matter. Dkt. No. 17 (the "R&R").

      On August 6, 2025, Petitioner submitted objections to the R&R. Dkt. No. 18 (the "Objections"). Weil filed a response to the Objections on August 28, 2025. Dkt. No. 22 (the "Response"). In the Response, Weil also requested leave to intervene in opposition to the Application pursuant to Federal Rules of Civil Procedure 24(a) and 24(b). *Id.* at 1 (n. 1). Petitioner filed a reply in support of the Objections on September 16, 2025. Dkt. No. 28 (the "Reply").

      Weil's request for leave to intervene in the action is granted. *See* Response at 1 (n. 1). Additionally, the Court will hold a teleconference to discuss the Application on November 26, 2025 at 1:00 p.m. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in

number for the conference and other relevant instructions.  The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

    Petitioner is directed to serve a copy of this order on Weil by November 24, 2025.

    SO ORDERED.

Dated: November 21, 2025
       New York, New York

_____
GREGORY H. WOODS
United States District Judge