```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
:
:
IN RE: APPLICATION OF TREO NOAL GP :
S.À R.L. FOR AN ORDER TO OBTAIN          :      1:25-mc-133-GHW
DISCOVERY FOR USE IN FOREIGN              :
PROCEEDINGS FROM WEIL, GOTSHAL &      :         ORDER
MANGES LLP PURSUANT TO 28 U.S.C. § 1782 :
:
:
:
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

On March 26, 2025, Petitioner TREO NOAL GP S.à r.l. ("Petitioner") filed an *ex parte* application for an order pursuant to 28 U.S.C. § 1782 permitting service of a subpoena on a law firm, Weil, Gotshal & Manges LLP ("Weil"), to obtain discovery for use in a civil proceeding in Luxembourg. Dkt. No. 1 (the "Application"). For the reasons stated on the record during the conference held on November 26, 2025, the Application is denied. The Clerk of Court is directed to enter judgment for Weil, to terminate the motion pending at Dkt. No. 1, and to close this case.

      SO ORDERED.

Dated: November 26, 2025

                                                    GREGORY H. WOODS
                                                  United States District Judge