**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
In re: APPLICATION OF TREO NOAL GP
S.À R.L. FOR AN ORDER TO OBTAIN
DISCOVERY FOR USE IN FOREIGN
PROCEEDINGS FROM WEIL, GOTSHAL &
MANGES LLP PURSUANT TO 28 U.S.C. § 1782

          25 **MISC** 0133 (GHW)

-------------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated on the record on November 26, 2025, application for an Order to Conduct Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. sec. 1782 is DENIED; accordingly, judgment is entered for Weil and the case is closed.

**Dated:** New York, New York
      December 1, 2025

                          **TAMMI M. HELLWIG**
                        _____
                              **Clerk of Court**

         **BY:**    _____
                              **Deputy Clerk**